ACCEPTED
04-15-00254-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/15/2015 6:04:18 PM
KEITH HOTTLE
CLERK

NO. 04-15-00254-CV

IN THE COURT OF APPEALS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/15/2015 6:04:18 PM
KEITH E. HOTTLE
Clerk

_____

CITY OF SAN ANTONIO AND
SAN ANTONIO RIVER AUTHORITY

Appellants

vs.

OLSVALDO PERALTA

Appellee
_____

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Comes now Appellant, Osvaldo Peralta and pursuant to Tex. R. App. P. 38.6(a) and (d), 10.5(b) and moves this Court to modify the filing time for Appellee's Brief by extending the time within which such brief may be filed and in support thereof would show the following:

I.

This is an appeal from a case styled *Osvaldo Peralta v. City of San Antonio and San Antonio River Authority*, Cause No. 2013-CI-16836, filed in the 224th Judicial District Court of Bexar County, Texas.

1

## II.

Appellant, the City of San Antonio, filed a Notice of Appeal on April 20, 2015. Appellant, the San Antonio River Authority, filed its Notice of Appeal on May 8, 2015. This Court granted several unopposed motions for extension of time for both Appellants to file their Appellant's Briefs. The San Antonio River Authority filed its Appellant's Brief on June 5, 2015, and the City of San Antonio filed its Appellant's Brief on June 8, 2015. Based on the filing of the first Appellant's Brief, Appellee's Brief in this interlocutory appeal is due on June 25, 2015.

## III.

This cause has not been set for submission. This is Appellee's first motion for extension of time to file its brief. No unreasonable delay will result by the granting of this Motion. Appellee requests an extension of time of thirty (30) days within which to file his brief. If granted, Appellee's brief will be due on July 27, 2015.

## IV.

This extension of time is necessary because of the heavy trial and appellate workload of Appellee's attorney of record, Robert W. Clore. The facts relied on by Appellee to reasonably explain its need for an extension of time within which to file its brief are as follows:

1.      In addition to the specific matters set forth below, Counsel for Appellee has multiple additional commitments which interfere with counsel's ability to timely file Appellee's brief;

2

2.    Counsel for Appellee is working on an appeal before this Court, on behalf of Appellee Carmella Guerrero, in the case styled *Bexar County Civil Service Commission v. Carmella Guerrero,* Cause No. 04-12-00523-CV.

3.    Counsel for Appellee is working on Appellant's Response to a Sur-Reply Brief in the case styled *Columbia Valley Healthcare System L.P. v. Maria Zamarripa,* Cause No. 13-04-00696-CV, pending in the Thirteenth Court of Appeals .

4.    Counsel for Appellee participated in depositions on June 8, 2015 in the case styled *Santa Juanita Fuentes, et al. v. Alfredo Franco, Jr.*, Cause No. 2014-CCV-61414-3, pending in the County Court at Law Number 3 in Nueces County, Texas.

5.    Counsel for Appellee is preparing a motion for summary judgment in the case styled *Marco Leal v. Companion Commercial Insurance Company*, Cause No. 7:15-CV-00118, pending in the United States District Court for the Southern District of Texas, McAllen Division.

## V.

For the above and foregoing reasons, Appellee respectfully requests an extension of time of thirty (30) days or until July 27, 2015 within which to file its brief. This Motion is not sought for the purposes of delay but rather, so that justice may be done.

## VI.

The undersigned communicated with Deborah Lynne Klein, Attorney for the City of San Antonio, and Clarissa M. Rodriguez, Attorney for the San Antonio River Authority, on June 15, 2015, and they indicated that they do not oppose this Motion.

WHEREFORE, premises considered, Appellee, Osvaldo Peralta, prays that this Court modify the filing time for Appellee's brief by granting an extension of time of thirty (30) days or until July 27, 2015, within which to file its brief. Appellee prays for such other and further relief both in law and in equity to which he may be justly entitled to receive.

Respectfully submitted,

/s/ Robert W. Clore_____
Robert W. Clore
State Bar No. 24012436
15481 South Padre Island Drive
Suite 101
Corpus Christi, Texas 78418
Telephone: (361) 558-3527
Facsimile: (361) 654-7001
rclore@robclorelaw.com

Corbin L. Snow, III
State Bar No. 18809100
310 West Sunset
San Antonio, TX 78209
Telephone: (210) 820-0020
Facsimile: (210) 820-0019
corbinsnow@thesnowlawfirm.com

**ATTORNEYS FOR APPELLEE, OSVALDO PERALTA**

## CERTIFICATE OF CONFERENCE

I, Robert W. Clore, certify that I communicated with Deborah Lynne Klein, Attorney for Appellant, the City of San Antonio, and Clarissa M. Rodriguez, Attorney for Appellant, the San Antonio River Authority, on June 15, 2015, and they indicated that they do not oppose this Motion.

/s/ Robert W. Clore_____
ROBERT W. CLORE

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 15th day of June, 2015.

Deborah Lynne Klein, Attorney for the City of San Antonio, Deborah.Klein@sanantonio.gov

Clarissa M. Rodriguez, Attorney for the San Antonio River Authority, clarissa.rodriguez@rampage-sa.com

Corbin L. Snow, III, Trial Attorney for Appellant Osvaldo Peralta, corbinsnow@thesnowlawfirm.com

**VIA E-FILING**

/s/ Robert W. Clore_____
Robert W. Clore